```
Label Matrix for local noticing          Ally Bank                                 Ally Bank c/o AIS Portfolio Services, LLC
0539-4                                   4515 N Santa Fe Ave. Dept. APS            4515 N. Santa Fe Ave. Dept. APS
Case 22-40659-elm13                      Oklahoma City, OK 73118-7901              Oklahoma City, OK 73118-7901
Northern District of Texas
Ft. Worth
Sun Sep 28 09:34:54 CDT 2025

Ally Bank, CO AIS Portfolio Services, LP  AmeriCredit Financial Services, Inc. dba GM   U.S. Attorney
4515 N Santa Fe Ave. Dept. APS            PO Box 183853                                 1100 Commerce, 3rd Floor
Oklahoma City, OK 73118-7901              Arlington, TX 76096-3853                      Dallas, TX 75242-1074


U.S. Attorney General                    501 W. Tenth Street                       Affirm, Inc.
Department of Justice                    Fort Worth, TX 76102-3637                 Attn: Bankruptcy Attn: Bankruptcy
Washington, DC 20001                                                               30 Isabella St , Floor 4
                                                                                   Pittsburgh, PA 15212-5862


Aidvantage on behalf of                  (p)ALLMAND LAW FIRM                       Ally Bank
Dept of Ed Loan Services                 860 AIRPORT FREEWAY                       AIS Portfolio Services, LP
PO BOX 9635                              401                                       4515 N Santa Fe Ave. Dept. APS
Wilkes-Barre, PA 18773-9635              HURST TX 76054-3264                       Oklahoma City, OK 73118-7901


Ally Bank c/o AIS Portfolio Services, LP  Ally Financial                           (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
4515 N. Santa Fe Ave. Dept. APS           Attn: Bankruptcy Dept                    PO BOX 183853
Oklahoma City, OK 73118-7901              PO Box 380902                            ARLINGTON TX 76096-3853
                                          Phoenix, AZ 85062-8234


AmeriCredit/GM Financial                 Attorney General of Texas                 Bank of Missouri
Attn: Bankruptcy                         Bankruptcy Collection Division            PO Box 4499
PO Box 183853                            PO Box 12017                              Beaverton, OR 97076-4499
Arlington, TX 76096-3853                 Austin, TX 78711-2017


Barclays Bank Delaware                   CREDIT FIRST NA                           Capital Management Services
Attn: Bankruptcy                         PO BOX 818011                             698 1/2 South Olden Street
PO Box 8801                              CLEVELAND, OH 44181-8011                  Buffalo, NY 14206-2317
Wilmington, DE 19899-8801


Capital One                              Capital One Bank (USA), N.A.              (p)CAVALRY PORTFOLIO SERVICES LLC
Atth: Bankruptcy                         by American InfoSource as agent           500 SUMMIT LAKE DR
POBox 30285                              PO Box 71083                              STE 400
Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083                 VALHALLA NY 10595-2321


Cavalry SPV I, LLC                       Chase Card Services                       Citibank
PO Box 4252                              Attn: Bankruptcy                          Citicorp Credit Srvs/Centralized Bk dept
Greenwich, CT 06831-0405                 PO Box 15298                              PO Box 790034
                                         Wilmington, DE 19850-5298                 St Louis, MO 63179-0034


Conn Appliances, Inc.                    Conn's HomePlus                           Credit First National Association
c/o Becket and Lee LLP                   2445 Technology Forest Boulevard Buildin  6275 Eastland Road
PO Box 3002                              The Woodlands, TX 77381-5263              Brook Park, OH 44142-1399
Malvern PA 19355-0702
```

| | | |
|---|---|---|
| Dewayne Kirk Wells<br>1306 Arbors Court<br>Mansfield, TX 76063-5401 | Dillard?s Card Services<br>Wells Fargo Bank, N.A.<br>Attn: Bankruptcy<br>PO Box 10347<br>Des Moines, IA 50306-0347 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| Genesis FS Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | IL D & A Services LLC<br>1400 E. Touhy Avenue Suite G2<br>Des Plaines, IL 60018-3338 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Leslie Ann Wells<br>1306 Arbors Court<br>Mansfield, TX 76063-5401 | Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy Attn: Bankruptcy<br>350 Camino De La Reine , Suite 100<br>San Diego, CA 92108-3007 | (p)MICHAEL A MOSS<br>ATTN MOSS LAW FIRM P C<br>PO BOX 65020<br>LUBBOCK TX 79464-5020 |
| NCB Management Services<br>Attn: Manager/Attn Officer<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | NEBRASKA FURNITURE MART<br>5600 NEBRASKA FURNITURE MART DR<br>#08444<br>THE COLONY, TX 75056-5348 | NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9640<br>Wilkes-Barre, PA 18773-9640 | Nebraska Furniture Mart<br>Bankruptcy<br>PO Box 2335<br>Omaha, NE 68103-2335 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | SRP Sub LLC Delaware LLC - Invitation Homes<br>4450 Sojourn Drive  Suite 100<br>Addison, TX 75001-5022 | Scott & Associates, P.C.<br>PO Box 115220<br>Carrollton, TX 75011-5220 |
| Synchrony/Car Care 4 Wheel Parts<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synerprise Consulting Services, Inc<br>Attn: Bankruptcy 5651 Broadmoor<br>Mission, KS 66202-2407 | Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| Transtar Fed Credit Un<br>4500 Sw Research Way<br>Corvallis, OR 97333-1093 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | United States Attorney - Western<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5597 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Eric Allen Maskell<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>76054<br>Hurst, TX 76054-3249 |

Nicholas C. Inman
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054-3264

Pam Bassel
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Allmand Law Firm, PLLC
Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264

AmeriCredit Financial Services, Inc.
DBA GM Financial
P O Box 183853
Arlington, TX 76096

(d)AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85285

First National Bank
Attn: FNN Legal Dept 1620 Dodge Dt Mails
Omaha, NE 68130

(d)First National Bank of Omaha
1620 Dodge St Stop Code 3129
Omaha Ne 68197

Moss Law Firm
P.O. Box 3790
Lubbock, TX 79452

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
c/o Barclays Bank Delaware
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Gm
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dewayne Kirk Wells
1306 Arbors Court
Mansfield, TX 76063-5401

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62