

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 6, 2026

_____
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CASE NO.: 22-40659-ELM-13

**DEWAYNE KIRK WELLS**
1306 ARBORS CT
MANSFIELD, TX 76063
SSN/TIN: XXX-XX-6035

**DEBTOR**

**AMENDED ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED DECEMBER 30, 2025**

    There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed December 30, 2025. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

    The Parties' stipulations or agreements resolving all disputed issues which have been incorporated into the terms of this order.

    IT IS THEREFORE ORDERED that the Modified Plan filed December 30, 2025, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification's provisions in accordance with the order of payment subject to the following conditions, if any:

New Plan Payment(s) to Trustee, Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 01/29/2026 | 1.00 | $1,695.00 | MONTHLY |
| 02/28/2026 | 14.00 | $2,312.00 | MONTHLY |
| 04/28/2027 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before: 01/29/2026.

THE PLAN BASE SHALL BE CHANGED TO $94,621.00 IN 60 MONTHS.

IT IS FURTHER ORDERED that payments shall increase to $2,312.00 per month beginning February 2026. Plan base shall be updated accordingly.

All other changes proposed in the plan modification remain the same.

# # # END OF ORDER # # #